DAVIS *v.* THE STATE.

This being a case before a full bench of six Justices and they being evenly divided, the judgment below stands affirmed by operation of law.                                                    *Judgment affirmed.*

Submitted December 18, 1899. — Decided January 25, 1900.

Indictment for rape. Before Judge Henry. Walker superior court. August term, 1899.

*Copeland & Jackson,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.